UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUICE JONES,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>G. HERATH-RANDENEY,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 1:20-cv-01428-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER<br><br>(ECF No. 22) |

　　　Jaquice Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On January 7, 2021, Plaintiff filed a response to Defendant's answer. (ECF No. 22). As a response to an answer is not permitted, the Court will not address Plaintiff's response or any requests therein.

　　　The Court notes that if Plaintiff wants to amend his complaint, he may file a motion for leave to amend and attach a copy of the proposed amended complaint to the motion.

IT IS SO ORDERED.

Dated:　**January 12, 2021**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1