UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUICE JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>G. HERATH-RANDENEY,<br><br>            Defendant. | Case No. 1:20-cv-01428-AWI-EPG (PC)<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 21) |

On December 21, 2020, the Court set an initial scheduling conference in this action. (ECF No. 21). The conference is currently set for May 26, 2021, at 10:00 a.m. (Id.). In that same order the Court required the parties to exchange initial disclosures thirty days before the conference and to file scheduling conference statements fourteen days before the conference. (Id.).

In light of the coronavirus (COVID-19) pandemic and the evolving coronavirus protocols, the initial scheduling conference is VACATED. The parties are still required to file scheduling conference statements no later than May 12, 2021, and to exchange initial disclosures no later than April 26, 2021. The Court will issue a scheduling order after reviewing the parties' scheduling conference statements.

IT IS SO ORDERED.

    Dated:  **February 18, 2021**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE