# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUICE JONES,<br><br>    Plaintiff,<br><br>v.<br><br>G. HERATH-RANDENY, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01428-AWI-EPG (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 41)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE LITIGATION COORDINATOR AT KERN VALLEY STATE PRISON |

On April 30, 2021, the settlement conference judge, Magistrate Judge Sheila K. Oberto, vacated the settlement conference in this case. (ECF No. 43).

Accordingly, IT IS ORDERED that:

1. The order and writ of habeas corpus ad testificandum issued on April 23, 2021, which directed the Warden to produce Jaquice Jones, CDCR #AU-6966, for a settlement conference on May 13, 2021, is VACATED; and
2. The Clerk of Court is directed to serve a copy of this order on the litigation coordinator at Kern Valley State Prison via e-mail.

IT IS SO ORDERED.

Dated: **April 30, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE