UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUICE JONES,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>G. HERATH-RANDENY, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:20-cv-01428-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 61) |

Defendants T. Camp and G. Herath-Randeny have applied *ex parte* for a modification of the Court's scheduling order, ECF No. 54. (ECF No. 61). Defendants request that the discovery cut-off date be extended forty-five days, from March 4, 2022, to April 18, 2022,[1] and that the dispositive motion deadline be extended from April 8, 2022, to May 23, 2022. Defendants seek this modification in order to address the parties' on-going settlement discussions, and to gain additional time to arrange a videoconference deposition due to the limited facilities available at Plaintiff's place of incarceration. Good cause appearing, Defendants' motion is GRANTED.

\\\

---

[1] In their application, Defendants state that the March 4, 2022 deadline for the completion of non-expert discovery is also the deadline for discovery motions. (See, e.g., ECF No. 61, p. 4). This is not so. The motion to compel deadline was December 10, 2021 (ECF No. 54), and the Court is not extending this expired deadline at this time.

The Court's prior scheduling order is modified as follows:

The deadline for the completion of all non-expert discovery is **April 18, 2022**. The deadline for filing dispositive motions, including motions for summary judgment (other than dispositive motions based on the defense of failure to exhaust administrative remedies), is **May 23, 2022**.

All other terms and conditions of the scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 18, 2022**              /s/ Eric P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE